1

2

3

4

5

6                                                          The Honorable Ronald Leighton

7

8                          **UNITED STATES DISTRICT COURT**
                        **WESTERN DISTRICT OF WASHINGTON**
9                                  **AT TACOMA**

10   SIERRA CLUB, et al.,                       NO.  3:12-cv-05669-RBL

11                         Plaintiffs,

12        v.                                    **ORDER GRANTING**
                                                **INTERVENTION AS OF RIGHT**
13   KEN SALAZAR, et al.,                       **TO WASHINGTON**
                                                **DEPARTMENT OF NATURAL**
14                         Defendants.          **RESOURCES**

15

16        This matter is before this Court on the motion to intervene brought by the State of

17   Washington Department of Natural Resources (DNR).  Having considered the motion and the

18   documents submitted in support thereof, this Court finds that DNR meets the elements required

19   to intervene as a defendant as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2).

20        This Court **GRANTS** DNR intervention as of right.

21

22

23

24

25

26

1    The clerk is directed to send copies of this order to all counsel of record and to counsel

2  for intervenors.

3    DATED this 4th day of January, 2013.

4

5    _____

6  Ronald B. Leighton
   United States District Judge

7

8  Presented by:

9  ROBERT M. MCKENNA
   Attorney General

10

11

   s/ *Martha F. Wehling*
12 MARTHA F. WEHLING, WSBA #36295
   Assistant Attorney General
13 Natural Resources Division

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING INTERVENTION          2          ATTORNEY GENERAL OF WASHINGTON
TO DNR                                                         1125 Washington Street SE
Case No. 3:12-cv-05669                                              PO Box 40100
                                                              Olympia, WA 98504-0100
                                                                   (360) 753-6200