The Honorable Ronald Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| SIERRA CLUB, et al., | NO. 3:12-cv-05669-RBL |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING INTERVENTION AS OF RIGHT TO WASHINGTON DEPARTMENT OF NATURAL RESOURCES** |
| KEN SALAZAR, et al., | |
| Defendants. | |

This matter is before this Court on the motion to intervene brought by the State of Washington Department of Natural Resources (DNR). Having considered the motion and the documents submitted in support thereof, this Court finds that DNR meets the elements required to intervene as a defendant as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2).

This Court **GRANTS** DNR intervention as of right.

ORDER GRANTING INTERVENTION
TO DNR
Case No. 3:12-cv-05669

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Case 3:12-cv-05669-RBL   Document 29   Filed 01/04/13   Page 2 of 2

The clerk is directed to send copies of this order to all counsel of record and to counsel for intervenors.

DATED this 4th day of January, 2013.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

Presented by:

ROBERT M. MCKENNA
Attorney General

s/ *Martha F. Wehling*
MARTHA F. WEHLING, WSBA #36295
Assistant Attorney General
Natural Resources Division

ORDER GRANTING INTERVENTION
TO DNR
Case No. 3:12-cv-05669

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200